UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIE SMITH** | : | Case No. 1:07 CV 3427 |
| | : | |
| Petitioner, | : | |
| | : | **JUDGE KATHLEEN O'MALLEY** |
| v. | : | |
| | : | |
| **JULIUS WILSON, Warden,** | : | <u>JUDGMENT ENTRY</u> |
| | : | |
| Respondent. | : | |

For the reasons articulated in the Court's Opinion & Order of this date, the Court **DENIES** Petitioner WILLIE SMITH'S petition for a *writ of habeas corpus*. This case is, therefore, **DISMISSED**. The Court further finds that there is no basis upon which to issue a certificate of appealability.

**IT IS SO ORDERED**.

<u>s/Kathleen M. O'Malley</u>
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

**Dated: April 15, 2008**